UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00021

**Montorio D. Harris,**
*Plaintiff,*
v.
**Tanya Reed,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Montorio D. Harris, an inmate formerly confined at the Gregg County Jail, proceeding *pro se* and *in forma pauperis*, filed this action pursuant to title 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 12) that the lawsuit should be dismissed with prejudice as frivolous and for the failure to state a claim upon which relief can be granted. On April 9, 2020, a copy of this report was mailed to plaintiff. This copy was later returned as undeliverable, because plaintiff was no longer confined in the Gregg County Jail and had not updated the court with his new address.

When no party objects to a magistrate judge's report and recommendation within 14 days, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). Here, there is no clear error.

Accordingly, the report and recommendation is adopted. Plaintiff's amended complaint is **dismissed with prejudice** as frivolous and for the failure to state a claim upon which relief can be granted. Any pending motions are **denied** as moot. The clerk is **directed** to close the case.

*So ordered by the court on May 15, 2020.*

J. CAMPBELL BARKER
United States District Judge